HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BLANE LEE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLANE LEE SMITH,<br><br>Defendant. | Case No. 1:22-cr-00014-JLT-BAM<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Blane Lee Smith (BOP Register Number 81215-065) shall be released from the Central Valley Annex to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Tuesday, March 21, 2023, at 8:00 a.m.  Mr. Mitchel will then transport Mr. Smith directly to the Salvation Army Adult Rehabilitation Center, located at 200 19th Street, Bakersfield, California, for intake and admission into the program.

IT IS SO ORDERED.

Dated:   **March 20, 2023**

_____
UNITED STATES DISTRICT JUDGE