1 **HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
2 1217 L Street
Bakersfield, CA 93301
3 Tel: (661) 237-7179
Fax: (661) 742-1898
4 Email: tph@hennessyatlaw.com
Attorney for BLANE LEE SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-cr-00014 JLT |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |
| BLANE LEE SMITH, | |
| Defendant. | |

On October 2, 2023, BLANE LEE SMITH was appointed to our office for a violation of supervised release. TIMOTHY HENNESSY was appointed as counsel to represent Mr. Smith on 1:22-cr-00014 JLT in his probation violation. Mr. Smith resolved his violation on November 13, 2023. Having completed his representation of Mr. Smith, Mr. Hennessy now moves to terminate his appointment under the Criminal Justice Act. Should Mr. Smith require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 12/1/2023                Respectfully submitted,

                                /s/*Timothy Hennessy*
                                TIMOTHY HENNESSY
                                Attorney for Blane Lee Smith

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Blane Lee Smith at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Blane Lee Smith
Register #: 81215-065
254 Taylor Ave
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **December 1, 2023**

UNITED STATES DISTRICT JUDGE